# United States District Court

## FOR THE

### District of Nebraska

UNITED STATES OF AMERICA

v.                                                    Crim. No.    8:98CR253

Michael Owen

On June 2, 2003, the above named commenced supervised release for a period of 4 years. Michael Owen has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Michael Owen be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26 day of MAY, 2005.

The Honorable Joseph F. Bataillon
Chief United States District Judge